1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   SCOTT SIMEON (NYBN 5012653)
    Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        scott.simeon@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,              )  NO. **CR 19 71288 MAG**
                                           )
14          Plaintiff,                     )  NOTICE OF PROCEEDINGS ON OUT-OF-
                                           )  DISTRICT CRIMINAL CHARGES PURSUANT TO
15      v.                                 )  RULES 5(c)(2) AND (3) OF THE FEDERAL
                                           )  RULES OF CRIMINAL PROCEDURE
16  SERGIO BUCIO,                          )
                                           )
17          Defendant.                     )
    _____    )
18

19          Please take notice, pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure,

20  that on August 14, 2019, the above-named defendant was arrested based upon an arrest warrant (copy

21  attached) issued upon an:

22      X   Indictment

23      □   Information

24      □   Criminal Complaint

25      □   Other

26  pending in the Eastern District of Kentucky, Case Number 5:17-CR-00055-DCR.

27          In that case (copy of Second Superseding Indictment attached), the defendant is charged with

28  Money Laundering, in violation of Title 18, United States Code, Section 1956(h).

                                        1

The maximum penalties are as follows: Not more than 20 years imprisonment; not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater; and not more than 3 years supervised release. Mandatory special assessment of $100 per Count. Forfeiture of the listed items. Restitution, if applicable.

DATED: August 14, 2019

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney


/s/ Scott Simeon
SCOTT SIMEON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D

AUG 1 0 2017

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                SECOND SUPERSEDING INDICTMENT NO. 17-CR-55-SS-DCR

CIRO MACIAS MARTINEZ,
SERGIO BUCIO,
BRIZEIDA JANETT SOSA,
RENE RAMOS CAMPOS,
ARLENNE SOSA,
LAURA LISA ORTIZ,
SMIRNA ORTIZ,
ALDO IVAN FLETES-LOPEZ, and
IRMA YOLANDA FREGOSO-GURIERREZ

\* \* \* \* \*

THE GRAND JURY CHARGES:

COUNT 1
21 U.S.C. § 846

Beginning in or about a date in 2016, the exact date unknown, and continuing

through on or about April 13, 2017, in Scott County, in the Eastern District of Kentucky,

and elsewhere,

CIRO MACIAS MARTINEZ and
BRIZEIDA JANETT SOSA

did knowingly and intentionally conspire with each other and others to distribute 500

grams or more a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C.

§ 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about April 13, 2017, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### CIRO MACIAS MARTINEZ and
### BRIZEIDA JANETT SOSA

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 846

Beginning in or about a date in 2016, the exact date unknown, and continuing through on or about April 13, 2017, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### CIRO MACIAS MARTINEZ and
### BRIZEIDA JANETT SOSA

did knowingly and intentionally conspire with each other and others to distribute controlled substances, including a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about April 13, 2017, in Scott County, in the Eastern District of Kentucky,

and elsewhere,

### CIRO MACIAS MARTINEZ and
### BRIZEIDA JANETT SOSA

did knowingly and intentionally possess with intent to distribute a mixture or substance

containing a detectable amount of tramadol, a Schedule IV controlled substance, all in

violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
### 18 U.S.C. § 1956(h)

Beginning in or about August 2016, the exact date unknown, and continuing

through on or about April 13, 2017, in Scott County, in the Eastern District of Kentucky,

and elsewhere,

### CIRO MACIAS MARTINEZ,
### SERGIO BUCIO,
### BRIZEIDA JANETT SOSA,
### RENE RAMOS CAMPOS,
### ALDO IVAN FLETES-LOPEZ,
### IRMA YOLANDA FREGOSO-GURIERREZ,

and others, knowing that the property involved in financial transactions affecting

interstate commerce represented the proceeds of some form of unlawful activity, did

conspire to conduct such financial transactions, which, in fact, involved proceeds of

specified unlawful activity, that is, the distribution of controlled substances in Kentucky

and elsewhere, with the intent to promote the carrying on of such specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), all in violation of 18 U.S.C. § 1956(h).

### COUNT 6
**18 U.S.C. § 1956(h)**

Beginning in or about August 2016, the exact date unknown, and continuing through on or about April 13, 2017, in Scott County, in the Eastern District of Kentucky, and elsewhere,

**CIRO MACIAS MARTINEZ,**
**SERGIO BUCIO,**
**BRIZEIDA JANETT SOSA,**
**ARLENNE SOSA,**
**LAURA LISA ORTIZ,**
**SMIRNA ORTIZ,**

and others, knowing that the property involved in financial transactions affecting interstate commerce represented the proceeds of some form of unlawful activity, did conspire to conduct such financial transactions, which, in fact, involved proceeds of specified unlawful activity, that is, the distribution of controlled substances in Kentucky and elsewhere, knowing that the transactions were designed in whole or in part to avoid a transaction reporting requirement under state or federal law, in violation of 18 U.S.C. § 1956(a)(1)(B)(ii), all in violation of 18 U.S.C. § 1956(h).

### FORFEITURE ALLEGATION
**21 U.S.C. § 853**
**18 U.S.C. § 982(a)(1)**

1.      The above allegations are incorporated herein for the purpose of alleging Forfeiture.

2.      In committing the felony offense alleged in Counts 1-4 of the Second Superseding Indictment, the same being punishable by imprisonment for more than one year, **CIRO MACIAS MARTINEZ and BRIZEIDA JANETT SOSA** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), and is therefore subject to forfeiture pursuant to 21 U.S.C. § 853 including, but not limited to, the currency and vehicle listed below.

3.      In committing the offenses alleged in Counts 5 and 6 of the Superseding Indictment, the same being punishable by imprisonment for more than one year, **CIRO MACIAS MARTINEZ, SERGIO BUCIO, BRIZEIDA JANETT SOSA, RENE RAMOS CAMPOS, ARLENNE SOSA, LAURA LISA ORTIZ, SMIRNA ORTIZ, ALDO IVAN FLETES-LOPEZ, and IRMA YOLANDA FREGOSO-GURIERREZ** shall forfeit to the United States any property involved in the offense or any property traceable to such property,  including but not limited to, the following property:

<u>**CURRENCY:**</u>

$575,440 in United States currency;

$297,880 in United States currency;

$302,150 in United States currency.

<u>**VEHICLE:**</u>

Toyota Camry, black in color, KY license plate number 867VYJ, VIN 4T1BK3EK1AU100385, registered to Ciro Macias Martinez at 156 Robin Road, Georgetown, Kentucky.

By virtue of the commission of the felony offenses charged in this Superseding Indictment by **CIRO MACIAS MARTINEZ, SERGIO BUCIO, BRIZEIDA JANETT SOSA, RENE RAMOS CAMPOS, ARLENNE SOSA, LAURA LISA ORTIZ, SMIRNA ORTIZ, ALDO IVAN FLETES-LOPEZ, and IRMA YOLANDA FREGOSO-GURIERREZ,** any and all interest the above listed defendants have in the above-described property, is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1).

**A TRUE BILL**

**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:** Not less 10 years imprisonment, nor more than Life imprisonment, not more than a $10,000,000 fine, and supervised release for not less than 5 years.

**IF PRIOR FELONY DRUG CONVICTION:**
Not less than 20 years imprisonment, nor more than Life imprisonment, not more than a $20,000,000 fine, and supervised release for not less than 10 years.

**COUNT 3:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and not less than 3 years supervised release.

**IF PRIOR FELONY DRUG CONVICTION:**

Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not less than 6 years supervised release.

**COUNT 4:** Not more than 5 years imprisonment, not more than a $250,000 fine, and not less than 1 years supervised release.

**IF PRIOR FELONY DRUG CONVICTION:**

Not more than 10 years imprisonment, not more than a $500,000 fine, and not less than 2 years supervised release.

**COUNTS 5 & 6:** Not more than 20 years imprisonment, not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per Count.

**PLUS:** Forfeiture of the listed items.

**PLUS:** Restitution, if applicable.