# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
AUG 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SERGIO BUCIO | ) | Case No. 5:19-mj-71288 MAG |
| | ) | |
| _____ | ) | Charging District's |
| *Defendant* | ) | Case No.  5:17-cr-00555 DCR |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___Kentucky___,
*(if applicable)* ___Central (Lexington)___ division. The defendant may need an interpreter for this language:
___Spanish___.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___08/21/2019___

_____
*Judge's signature*

___Nathanael Cousins, United States Magistrate Judge___
*Printed name and title*